Scott J. Sagaria (SBN 217981)
Elliot W. Gale (SBN 263326)
Joe Angelo (SBN 268542)
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE HUGHES,<br><br>  Plaintiff,<br><br> v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al,<br><br>  Defendants. | Case No.: 3:16-cv-05681-JST<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Stephanie Hughes only and defendant Experian Information Solutions, Inc. that Experian Information Solutions, Inc. be dismissed from this action as to Stephanie Hughes only with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//
DATED: May 19, 2017                                  **Sagaria Law, P.C.**

                                            By:     */s/ Elliot Gale*
                                                    Elliot Gale
                                                    Attorney for Plaintiff Stephanie Hughes


DATED: May 19, 2017                                  **Jones Day**

                                            By:     */s/ Benjamin Chung Lee*
                                                    Benjamin Chung Lee
                                                    Attorney for Defendant Experian
                                                    Information Solutions, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Benjamin Chung Lee has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice as to Stephanie Hughes only.

IT IS SO ORDERED.

DATED: May 21, 2017

                                                    _____
                                                    Hon. Jon S. Tigar
                                                    UNITED STATES DISTRICT JUDGE