Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 100
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Rhodora Cristobal

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| RHODORA CRISTOBAL,<br><br>        Plaintiff,<br><br>    vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>        Defendants. | Federal Case No.: 3:16-cv-06329-JST<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT JPMORGAN CHASE BANK, N.A.; [PROPOSED] ORDER** |

      IT IS HEREBY STIPULATED by and between plaintiff Rhodora Cristobal and defendant Chase Bank USA, N.A. (erroneously sued as JPMorgan Chase Bank, N.A., and referred to herein as "Chase"), through their designated counsel, that Chase be dismissed with prejudice from the above-captioned action pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2). As a condition of entering into this stipulation, Chase is reserving its rights to file, within 30 days from the date of this stipulation, a motion to recover its attorneys' fees and costs incurred in connection with its defense of this action.

//

//

STIPULATION OF DISMISSAL OF DEFENDANT JPMORGAN CHASE BANK, N.A.; [PROPOSED] ORDER

DATED:  October 9, 2017

**Sagaria Law, P.C.**

By:        _/s/ Elliot W. Gale_
                Elliot W. Gale
Attorneys for Plaintiff
Rhodora Cristobal

DATED: October 9, 2017

**Covington and Burling LLP**

By:        _/s/Megan Rodgers_
                Megan Rodgers
Attorneys for Defendant
Chase Bank USA, N.A. (erroneously sued as JPMorgan Chase Bank, N.A.)

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Megan Rodgers has concurred in this filing.
_/s/ Elliot Gale_

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Chase is dismissed with prejudice from the above-captioned action.

IT IS SO ORDERED.

DATED: _October 10, 2017_

JON S. TIGAR
UNITED STATES DISTRICT JUDGE